| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* A04-0126-16 CR HRH |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* CR06-5118 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: SUKSANGUAN, Somyos 5801 Orchard St, Apt H-140 Tacoma, Washington | DISTRICT DISTRICT OF ALASKA | DIVISION Anchorage |
|---|---|---|
| | NAME OF SENTENCING JUDGE H. Russel Holland, Senior U.S. District Court Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM August 4, 2005 — TO August 3, 2009 |

OFFENSE

Conspiracy

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ALASKA</u>

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Washington upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/8/06
Date

REDACTED SIGNATURE
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Western District of Washington

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.



2/16/06
Effective Date

REDACTED SIGNATURE
*United States District Judge*